# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2016

## NO. 03-14-00033-CR

**Michael Marrero, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.